THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. A QUANTITY OF

Intoxicating Liquor in Bottles, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.